Huntington National Management LLC
5949 Camp Road Ste# 1072
Hamburg NY, 14075
Phone: (800) 771-6322
Fax: (800) 771-6323
Email: bankruptcy@huntingtonmgt.com

# Claim Withdrawal Information:

*Creditor Information & Mailing Address*

*Huntington National Management LLC*
*PO BOX 1158*
*Hamburg NY, 14075*

US Bankruptcy Court for the:
MAIN KANSAS U.S. Bankruptcy Court - Kansas City

Case Number
24-21457

Court Claim Number
17

Debtor Name:
KATHLEEN M VORDERBRUGGEN

Date Claim Filed:
1/15/2025

Total Amount of Claim Filed:
$ 400.00

*I, the undersigned, am an authorized signatory for the above creditor. I withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above debtor.*

*Dated: 08/07/2026*

*/s/ Stanley Kubiak*

*Stanley Kubiak*
*Claims Processor*

| | | |
|---|---|---|
| *(I)no objection to the claim has been filed.* | *(II)the claimant is not a defendant in an adversary proceeding in the case* | *(III)in a Chapter 7, 11, 12 or 13 case, the claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case* |

Contact Information (For Questions Regarding this withdrawal of Claim)

Phone
(800) 771-6322

Email
bankrupty@huntingtonmgt.com

Address:
PO Box 1158
Hamburg NY, 14075